THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HENRY ALEXANDER HARMON**                                                                                       **PETITIONER**
**ADC #103609**

v.                                   Case No. 4:20-cv-00697-KGB

**DEXTER PAYNE, Director,**                                                                                        **DEFENDANT**
Arkansas Division of Correction.

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, as well as the objection filed by Petitioner Henry Alexander Harmon (Dkt. Nos. 11-12). After careful consideration of the Findings and Recommendation and a *de novo* review of the record, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 11). The matters raised by Mr. Harmon in his objections were adequately addressed by Judge Harris in her Findings and Recommendation; no new ground is plowed in the objections (Dkt. Nos. 11-12). The Court dismisses without prejudice Mr. Harmon's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 1). All requested relief is denied.

It is so ordered this 13th day of January, 2023.

_____
Kristine G. Baker
United States District Judge