THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HENRY ALEXANDER HARMON**                                                           **PETITIONER**
**ADC #103609**

v.                              Case No. 4:20-cv-00697-KGB

**DEXTER PAYNE, Director,**                                                          **DEFENDANT**
**Arkansas Division of Correction.**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Henry Alexander Harmon's petition is dismissed without prejudice (Dkt. No. 1). The relief sought is denied.

So adjudged this 13th of January, 2023.

_____
Kristine G. Baker
United States District Judge